UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

HYDRO ELECTRONIC DEVICES INC,

      Plaintiff,

  v.

      Case No. 20-cv-1676-bhl

HOMELAND COMPONENTS INC,

      Defendant,

---

## ORDER
---

Based on the stipulation of the parties pursuant to Fed. R. Civ. P. 41(a),

**IT IS HEREBY ORDERED** that all claims in this case are **DISMISSED** with prejudice and all parties shall bear their own attorneys' fees and costs.

Dated at Milwaukee, Wisconsin on February 25, 2021.

                                        s/ Brett H. Ludwig
                                        BRETT H. LUDWIG
                                        United States District Judge